[No. 18487–3–I.   Division One.   March 28, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DELBERT LEON NICHOLS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–03773–8, Donald D. Haley, J., entered May 12, 1986. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Pekelis, J., and Ringold, J. Pro Tem.

[No. 20361–4–I.   Division One.   March 28, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CONWAY PORTER, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–04403–1, Peter K. Steere, J., entered May 6, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 10824–1–II.   Division Two.   March 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CECIL O. WATKINS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 90466RO70, Rosanne Buckner, J., entered March 4, 1987. *Vacated* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Worswick, JJ.

[No. 10585–3–II.   Division Two.   March 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES WHALEN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–1–01753–6, James P. Healy, J., entered October 31, 1986. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.